# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Bernard M. Jones
United States Courthouse, **Room 1021**, Oklahoma City, Oklahoma

## ORDER FOR STATUS CONFERENCE

NOTICE TO ALL COUNSEL:

    1.    Unless one has previously been filed, counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than Monday, May 25, 2020. *See* LCvR16.1(a)(1) and Appendix II.

    2.    In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan. **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear**.

    3.    Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any pro se litigants, at the time indicated below. *See* LCvR16.1(a)(2).

    4.    Please note that a valid photo identification is required to enter the courthouse.[1]

**Thursday, June 4, 2020**

---

[1] The Court is continuing to carefully monitor the evolving circumstances presented by the outbreak of COVID-19. At this point, the Court assumes that circumstances will permit the status conferences to be held in person. Should that change and the conferences will instead be held by telephone, the Court will so inform counsel by Friday, May 29, 2020.

June 4, 2020

**10:00 a.m.**
CIV-18-1225-J

Chieftain Royalty Company

Bradley E. Beckworth
David N. Smith
Emily N. Kitch
Jeffrey J. Angelovich
Lisa P. Baldwin
Michael B. Angelovich, Sr.
Patranell Britten Lewis
Robert N. Barnes
Susan R. Whatley
Trey N. Duck, III
Nathan B. Hall

v.

SM Energy Company
*including predecessors,
successors and affiliates*

J. Kevin Hayes
Pamela S. Anderson

**10:20 a.m.**
CIV-17-0756-J

White Oak Global Advisors, LLC

J. David Jorgenson
Mark A. Waller
Patrick O. Waddel

v.

Tommy W. Weder, Sr.

Charles Greenough
Mark A. Haye, Jr.
Ronald T. Shinn, Jr.

**10:40 a.m.**
CIV-19-0241-J

Suzette Grillot

Rand C. Eddy

v.

State of Oklahoma, et al

Anton J. Rupert
Geren T. Steiner
Heidi J. Long

June 4, 2020

**11:20 a.m.**
CIV-19-0869-J

Luis M. Ortiz

Jefferson I. Rust
Toby M. McKinstry
James F. Self, Jr.

v.

Alfa Laval India Pvt, Ltd.
-and-
Hil-Tech, LLC,
*doing business as* GTech USA

Alexandra B. Cunningham

Evan G. E. Vincent

**11:40 a.m.**
CIV-20-0008-J

James Christopher Williams

Kindra N. Dotson-Avila
Rachel L. Bussett

v.

State Farm Mutual Automobile
Insurance Company
-and-
American Mercury Insurance
Company

Elizabeth A. Snowden
Joseph T. Acquaviva, Jr.

Raymond T. Cooper

**1:00 p.m.**
CIV-20-0416-J

Ashley Russell, et al.

Eugene K. Bertman
Joshua S. Turner
Samuel L. Talley

v.

Breea Clark

Jeanne M. Snider
Kristina L. Bell
Rickey J. Knighton, II

3